# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 19CR2190-H |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |
| LORENZO AVERIN SEDILLO | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the Information in the above-entitled case be dismissed with prejudice, the bond exonerated, and passport released by Pretrial Services, if held.

Dated: June 24, 2020

*Jill Burkhardt*

Hon. Jill L. Burkhardt
United States Magistrate Judge